**Petition for Writ of Mandamus Denied and Opinion filed May 15, 2025.**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00059-CV

## IN RE REGINALD ELLISON, Relator

**ORIGINAL PROCEEDING**
**Walker County, Texas**

## MEMORANDUM OPINION

The Court has considered Relator's petition of writ of mandamus and is of the opinion that relief should be denied. Accordingly, Relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.